FILED

2022 Nov-04  AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| NELSON LARON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-00492-AMM-NAD |
| | ) | |
| NICHOLAS A. NEVE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER OF DISMISSAL</u>

Plaintiff Nelson Laron Williams filed this action pursuant to 42 U.S.C. § 1983 on April 7, 2021. Doc. 1. On May 26, 2022, the Magistrate Judge entered a report and recommendation pursuant to 28 U.S.C. § 1915A, recommending that Mr. Williams' claim for excessive force against Defendant Neve be allowed to proceed, but the remainder of Mr. Williams' claims against all other defendants be dismissed for failing to state a claim upon which relief could be granted. Doc. 6. Mr. Williams was notified of his right to file objections to the report and recommendation within fourteen days. *Id.* at 10. No objections were received.

On June 21, 2022, the Magistrate Judge entered an order noting that Mr. Williams had been transferred from his address of record, Limestone Correctional Facility, to Donaldson Correctional Facility, providing Mr. Williams with an additional copy of the May 26, 2022 report and recommendation at the Donaldson

location, and allowing Mr. Williams an additional fourteen days to file objections to the report and recommendation. Doc. 7. Mr. Williams also was ordered to confirm that Donaldson was his correct mailing address, within the same fourteen days. *Id*. That time expired without Mr. Williams filing objections or otherwise responding to that order.

On August 2, 2022, the court adopted the report and recommendation, and referred Mr. Williams' remaining claim against Defendant Neve to the Magistrate Judge for further proceedings. Doc. 8.

On August 10, 2022, the Magistrate Judge allowed Williams an additional fourteen days to confirm his correct address and to notify the court whether he wished to pursue his remaining claim. Doc. 9 at 2. That order warned Mr. Williams that "FAILURE TO COMPLY WITHIN 14 DAYS OF THE DATE OF THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE FOR FAILURE TO PROSECUTE." *Id*. That order also provided Mr. Williams with additional copies of the June 21, 2022 order, Doc. 7, and the August 2, 2022 order, Doc. 8. Doc. 9 at 2.

When that additional time expired without any response from Mr. Williams, the Magistrate Judge entered a report and recommendation on October 11, 2022, recommending that this action be dismissed without prejudice due to Mr. Williams' failure to prosecute. Doc. 10. Although Mr. Williams was advised of his right to file

specific written objections within fourteen days, no objections have been filed. In fact, Mr. Williams has filed nothing with this court since April 23, 2021. *See* Doc. 4.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** the recommendation. Accordingly, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** due to Mr. Williams' failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 4th day of November, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                          In Replying Give Number
Clerk of Court                                                         of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1)     Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2)     arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice